UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                : Case No. 11-57956
    John Van Paepeghem, Jr.,         : Chapter 7
                                      :
    Debtor.                          : Judge Preston

## NOTICE OF PROPOSED PRIVATE SALE

PLEASE TAKE NOTICE that Myron N. Terlecky, Trustee herein, whose address is 575 South Third Street, Columbus, Ohio 43215, proposes to sell the following property of the bankruptcy estate to the buyer named herein for the price and on the terms and conditions set forth below:

**Date of Sale:** On or after 21 days from the date of the mailing of this Notice

**Property:** A 2006 Lincoln Mark LT with 100,000 miles and
1998 Ford E150 Van with 78,000 miles.

**Buyer:** Debtor

**Price:** $2,500.00 for the 2006 Lincoln Mark LT and
$1,000.00 for the 1998 Ford E150 Van.

**Basis for Suggested Price:** Market value less available exemptions.

**Terms and Conditions:** $3,500 payable immediately.

PLEASE TAKE FURTHER NOTICE that the Trustee may proceed with the proposed sale unless within twenty-one (21) days from the date of this Notice:

(1) a party in interest files a written objection, stating the grounds for opposition and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtor; <u>or</u>

1

(2) an entity files a notice of offer to purchase the property and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtor.

Respectfully submitted,

 /s/  Myron N. Terlecky
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile  (614) 228-6369
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2011, a true and accurate copy of the foregoing *Notice of Proposed Private Sale* was served on the following registered ECF participants, electronically through the court's ECF system, at the email address registered with the Court:

Office of the U.S. Trustee
David B. Schultz

and by **ordinary U.S. Mail** addressed to the Debtor, counsel for the Debtor, the Office of the United States Trustee, and all creditors and parties in interest as set forth on the attached mailing matrix.

 /s/   Myron N. Terlecky
Myron N. Terlecky  (0018628)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:11-bk-57956<br>Southern District of Ohio<br>Columbus<br>Thu Sep 29 17:43:58 EDT 2011 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | United States Bankruptcy Court<br>170 North High Street<br>Columbus, OH 43215-2414 |
| AMERICREDIT<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 | AMERIGAS<br>PO BOX 371473<br>PITTSBURGH PA 15250-7473 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| BANK OF AMERICA<br>450 AMERICAN STREET<br>SIMI VALLEY CA 93065-6285 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | COMPUTER COLLECTIONS INC<br>640 WEST FOURTH STREET<br>PO BOX 5238<br>WINSTON-SALEM NC 27113-5238 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | GRANTS RIVERSIDE MEDICAL CARE FOUNDATION<br>L3061<br>COLUMBUS OH 43260-3061 | MEDICAL MUTUAL<br>2060 EAST NINTH STREET<br>CLEVELAND OH 44115-1355 |
| OHIO HEALTH<br>5350 FRANTZ ROAD<br>DUBLIN OH 43016-4259 | OSU MEDICAL CENTER<br>PO BOX 643684<br>PITTSBURGH PA 15264-3684 | OSU PHYSICIANS<br>PO BOX 740727<br>CINCINNATI OH 45274-0727 |
| PNC CARD<br>1 FINANCIAL PKWY<br>KALAMAZOO MI 49009-8003 | THE OHIO STATE UNIVERSITY HOSPITAL<br>PO BOX 643684<br>PITTSBURGH PA 15264-3684 | WFDSWDS<br>PO BOX 1697<br>WINTERVILLE NC 28590-1697 |
| David B Schultz<br>580 E Rich Street<br>Columbus, OH 43215-5335 | John Van Paepeghem Jr.<br>4160 Raccoon Valley Road<br>Alexandria, OH 43001-8744 | Myron N Terlecky<br>575 S Third Street<br>Columbus, OH 43215-5755 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, Texas 76096 | FIFTH THIRD BANK<br>FIFTH THIRD CENTER<br>CINCINNATI OH 45263 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20